UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR4:08-00255 |
| | ) | |
| v. | ) | |
| | ) | |
| PABLO SANU-YASELL, | ) | |
| d/b/a/ LONGER LIFE SERVICES | ) | |

## ORDER

The Government filed a Motion to Dismiss under Federal Rule of Criminal Procedure 48(a). Accordingly, this case is hereby **DISMISSED without Prejudice.** The clerk is **DIRECTED** to **CLOSE** this case.

SO ORDERED this 7th day of MARCH, 2018.

_____
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA



FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 MAR -7 AM 10: 42
CLERK_____
SO. DIST. OF GA.